LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

[Additional Counsel on Signature Page]

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA BRENNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PETS GLOBAL, INC., a corporation,<br><br>    Defendant. | Case No. 2:20-cv-10245-ODW-RAO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Trisha Brenner ("Plaintiff"), and defendant Pets Global, Inc. ("Defendant", collectively with Plaintiff, the "Parties"), through their respective counsel of record, submit this stipulation and [proposed] order.

WHEREAS, the Parties have agreed to resolve this matter without either Party acknowledging liability or wrongdoing;

WHEREAS, the Parties have agreed to dismiss this action with prejudice as to named Plaintiff, and without prejudice as to all unnamed putative class members; and

WHEREAS, no class has been certified and the unnamed putative class members have not and are not releasing any claims, are not having their rights affected, and will suffer no prejudice as part of the terms under which this case is being dismissed, and, accordingly, notice has not been provided to the unnamed putative class members and such notice is not required.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the Court's approval, that:

//

//

//

The above-captioned action shall be dismissed with prejudice as to the named Plaintiff, and shall be dismissed without prejudice as to all unnamed putative class members.

**IT IS SO STIPULATED.**

Dated: March 15, 2021              Respectfully submitted,

                                            LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                            By:  /s/ Rebecca A. Peterson
ROBERT K. SHELQUIST
REBECCA A. PETERSON, #241858
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
        rkshelquist@locklaw.com

Jon W. Borderud, #134355
LAW OFFICES OF JON BORDERUD
1116 East Cota Street
Santa Barbara, CA 93103
Telephone:  (310) 621-7004
E-mail: borderudlaw@cox.net

Kenneth A. Wexler
Michelle Perkovic
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 346-2222
E-mail:  kaw@wexlerwallace.com
        mp@wexlerwallace.com

3

|   |   |
|---|---|
| | Mark J. Tamblyn, #179272 |
| | WEXLER WALLACE LLP |
| | 333 University Avenue, Suite 200 |
| | Sacramento, California 95825 |
| | Telephone: (916) 565-7692 |
| | Facsimile:  (312) 346-0022 |
| | E-mail:  mjt@wexlerwallace.com |
| | |
| | *Attorneys for Plaintiff and the Proposed Classes* |

Dated: March 15, 2021          Respectfully submitted,

MARTORELL LAW APC

By: s/  Jean-Paul Le Clercq
Eduardo Martorell, State Bar No. 240027
Jean-Paul Le Clercq, State Bar No. 248818
JoAnn Victor, State Bar No. 121891
Playa District
6100 Center Drive, Suite 1130
Los Angeles, California 90045
Telephone: (323) 840-1200
Facsimile:  (323) 840-1300
EMartorell@Martorell-Law.com
JPLeClercq@Martorell-Law.com
JVictor@Martorell-Law.com

*Attorneys for Defendant Pets Global, Inc.*

    Pursuant to L.R. 5-4.3.4, I attest that the above signatories have authorized this filing and concur in its contents.

             By:  /s/ Rebecca A. Peterson

4